**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **12-12404-AJC**

☐     3rd     Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Rafael Lopez                          CO-DEBTOR:   Georgina Lopez
Last Four Digits of SS# xxx-xx-6032           Last Four Digits of SS# xxx-xx-3004

☐  This document is a plan summary.  Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of   60   months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

  A.   $  270.00   for months   1   to   60 ;
  B.   $_____ for months _____ to _____;
  C.   $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:     Attorney's Fee   $ 3,650.00 + $600.00 (Motion to Value) = $4,250.00
                    TOTAL PAID       $2,300.00
                    Balance Due      $ 1,950.00   payable $ 162.51   month (Months   1   to  12 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. Hendry County Tax Collector              Total Due Payment $1,300.00
   25 E Hcikpoochee Ave                     Payment $ 80.49   /month (Months  1   to  12 )
   Labelle, FL 33935                        Payment $ 6.97    /month (Months 13  to  60  )
   Acct  No. 107443303000010020

2._____                Arrears Payment  $_____
  _____                Arrears Payment  $_____/month  (Months____ to ___)
  _____                Regular Payment  $_____/month  (Months___ to ___)
                                            Arrears Payment  $_____/month  (Months__ to __)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Wachovia<br>Loan No. xxxxxxx0810<br>Prop Add: 9714 NW 126th Terr<br>Hialeah Gardens, FL 33018 | $144,944.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1.  n/a  _____          Total Due $_____
                                            Payable $_____/month (Months ____ to ___)

Unsecured Creditors: Pay $ 236.03  month (Months   13    to   60   ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtors are paying Wachovia Bank (Loan No. xxx0802) directly outside the plan. The debtor will provide copies of their income tax returns to the chapter 13 trustee on or before May 15 during the pendency of the plan. The debtors will amend schedules I and J and modify the plan if necessary.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtor
Date: 04/18/12